DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALICE MATTHEWS,

Appellant,

v.

CITY OF TAMPA,

Appellee

No. 2D2025-2755

_____

June 3, 2026

Appeal from the Circuit Court for Hillsborough County; Cheryl Thomas, Judge.

Michael P. Maddux and Jennifer M. Szymczak, Tampa, for Appellant.

Scott Steady, City Attorney, and Ursula D. Richardson, Chief Assistant City Attorney, Office of the City Attorney, Tampa, for Appellee.


PER CURIAM.

Affirmed.


NORTHCUTT, SMITH, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.